UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-424-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **O R D E R**

ELI TISONA,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Eli Tisona's Motion For Nunc Pro Tunc Order Setting Quarterly Sum Fine Payment (DE 469). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant's Motion For Nunc Pro Tunc Order Setting Quarterly Sum Fine Payment (DE 469) be and the same is hereby **DISMISSED** for lack of jurisdiction of this Court to consider same; and

2. In the alternative, assuming arguendo that this Court has jurisdiction of said Motion For Nunc Pro Tunc Order Setting Quarterly Sum Fine Payment (DE 469), then the Defendant's Motion is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    22nd    day of April, 2010.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:
See Attached Mailing List

```
UNITED STATES OF AMERICA vs. ELI TISONA
CASE NO. 95-424-CR-ZLOCH
```

Elizabeth Ruf Stein, Esq., AUSA
For Plaintiff

Eli Tisona, <u>Pro</u> <u>Se</u>
Reg. #52577-004
FCI - Miami
P. O. Box 474701
Miami, FL 33177